# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Bennett, Thomas B. | 2. Court or Organization<br><br>U.S. Bkr. Ct. for N.D. Ala. | 3. Date of Report<br><br>05/13/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Bankruptcy Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2012<br>to<br>12/31/2012 |
| 7. Chambers or Office Address<br><br>505 20th Street North, Room 412<br>Birmingham, AL 35203 | | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 01/10/12 | Trust--Trustee Fee (Gross sum w/o deduction for expenses) | $12,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | George Mason University Law & Economics | 03/10-03/16/12 | Orange, CA | CLE Program | Partial Transportation, lodging, partial meals |
| 2. | Alabama State Bar | 06/07-06/10/12 | Destin, FL. | CLE Program | Transportation, lodging, partial meals. |
| 3. | National Conference of Bankruptcy Judges | 10/23-10/27/12 | San Diego, CA | Professional Association Acitivity | Transportation, lodging, meals |
| 4. | George Mason University Law & Economcis | 10/07-10/10/12 | Arlington, VA | CLE Program | Partial transportation, lodging, partial meals. |
| 5. | Pittsburgh, PA Inns of Court | 11/28-11/30/12 | Pittsburgh, PA | CLE Program | Transportation, lodging, partial meals |

| Name of Person Reporting | Date of Report |
|---|---|
| Bennett, Thomas B. | 05/13/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bennett, Thomas B. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Regions Bank - deposit account | None | | J | T | | | | | |
| 2. Citizens Bank - deposit account | None | | J | T | | | | | |
| 3. United Bank - deposit account | None | | J | T | | | | | |
| 4. BB & T - deposit account | None | | J | T | | | | | |
| 5. IRA: | | | | | | | | | |
| 6. HilliardLyons Money Market | C | Dividend | K | T | Buy/Sell | Vari. | N | | See Note 1 Part VIII |
| 7. | | | | | Distributed (part) | 01/06/12 | K | | Distbn. To Judge |
| 8. | | | | | Distributed (part) | 05/16/12 | K | | Distbn. to Judge |
| 9. Bristol Myers Squibb Co., common | A | Dividend | | | Sold | 11/05/12 | K | D | |
| 10. Public Storage, 6.18%, pfd. D | B | Dividend | | | Sold | 11/16/12 | K | C | |
| 11. Public Storage, 5.75% pfd. T | A | Dividend | | | Buy | 03/05/12 | K | | |
| 12. | | | | | Sold | 11/16/12 | K | A | |
| 13. Health Care REIT, Pfd. F | B | Dividend | | | Redeemed | 04/02/12 | K | A | |
| 14. Wachovia Capt.Trust IV, Pfd. | B | Dividend | | | Redeemed | 04/13/12 | K | B | |
| 15. Valuevision Media Inc., common | A | Dividend | | | Sold | 06/20/12 | K | A | |
| 16. American Electric Power Co., Inc., common | A | Dividend | | | Sold | 11/09/12 | K | C | |
| 17. Exelon Corp, common | A | Dividend | | | Sold | 11/09/12 | K | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bennett, Thomas B. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  Omega Healthcare Investors Inc., common | A | Dividend | | | Sold | 02/07/12 | K | C | |
| 19.  BGC Partners Inc., common | A | Dividend | | | Sold | 03/02/12 | K | B | |
| 20.  Roundy's Inc., common | A | Dividend | | | Buy | 07/12/12 | J | | |
| 21. | A | Dividend | | | Buy (add'l) | 07/26/12 | J | | |
| 22. | | | | | Sold | 11/09/12 | J | A | |
| 23.  Halcon Resources Corp., common | A | Dividend | | | Buy | 08/13/12 | J | | |
| 24. | | | | | Sold | 11/09/12 | J | A | |
| 25.  CBL & Associates PPtys, 6.625 pfd E | A | Dividend | | | Buy | 09/27/12 | K | | |
| 26. | | | | | Sold | 11/09/12 | K | A | |
| 27.  Stanley Black & Decker, Inc., 5.75%, Jr. sub. Debenture--pfd | A | Dividend | | | Buy | 07/26/12 | K | | |
| 28. | | | | | Sold | 11/16/12 | K | A | |
| 29.  Apple Bank for Savings, CD, .300%,due 03/19/13 | A | Interest | M | T | Buy | 12/26/12 | M | | |
| 30.  Beal Bank USA, CD, .45%, due 07/03/13 | A | Interest | M | T | Buy | 12/26/12 | M | | |
| 31.  BB&T Capt. Tr. V, 8.95% | A | Dividend | | | Buy | 04/18/12 | K | | |
| 32. | | | | | Redeemed | 07/18/12 | K | A | |
| 33.  BB&T Capt. Tr. VI, 9.6% | A | Dividend | | | Buy | 05/22/12 | K | | |
| 34. | | | | | Redeemed | 07/1/12 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bennett, Thomas B. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. BB& T Capt. Tr. VII, 8/1% | A | Dividend | | | Buy | 04/25/12 | K | | |
| 36. | | | | | Redeemed | 07/18/12 | K | A | |
| 37. State Street Corp., pfd. C, 5.225% | A | Dividend | | | Buy | 08/14/12 | K | | |
| 38. | | | | | Sold | 09/27/12 | K | A | |
| 39. Trust: | | | | | | | | | |
| 40. Neuberger & Berman Focus Fund-mutual fund | A | Dividend | J | T | | | | | |
| 41. HilliardLyons, Inc. Govt. Fund-money market | B | Dividend | K | T | Buy/Sell | Vari. | O | | See Note 2 Part VIII |
| 42. | | | | | Distributed (part) | 04/07/12 | J | | Distbn. to Beneficiary |
| 43. | | | | | Distributed (part) | 07/07/12 | J | | Distbn. to Beneficiary |
| 44. | | | | | Distributed (part) | 10/06/12 | J | | Distbn. to Beneficiary |
| 45. | | | | | Distributed (part) | 12/16/12 | K | | Distbn. to Beneficiary |
| 46. | | | | | Distributed (part) | 01/10/12 | J | | Payment of Trustee Fee |
| 47. Mineral Interest Hart #2 & Denmark #1, Marion County, WV | A | Royalty | J | T | | | | | |
| 48. Mineral Interest Hawker Wells, Marion Cty, WV | B | Royalty | J | T | | | | | |
| 49. Mineral Interest Speedway Play, Roane Cty., WV | | None | J | T | | | | | |
| 50. Lease O & G █████ acres, Harrison Cty, WV--PetroEdge Energy | D | Royalty | J | T | | | | | |
| 51. Lease O & G █████ acres, Mannington Dist., WV--EQT Prod. | E | Royalty | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bennett, Thomas B. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | Bank One Cap. Tr. VI, 7.2%, pfd. | A | Dividend | | | Redeemed (part) | 04/30/12 | K | A | |
| 53. | | | | | | Sold | 11/16/12 | J | A | |
| 54. | First Bank Puerto Rico, 2.35%, CD, 09/04/12 | B | Interest | | | Redeemed | 09/17/12 | K | A | |
| 55. | Nat"l City Cap.Tr. III, 6.625%, pfd. | B | Dividend | | | Redeemed | 05/25/12 | K | C | |
| 56. | Peoples Bank of Wisconsin, 2.5%, CD, 09/04/13 | B | Interest | L | T | | | | | |
| 57. | Republic Bank, 2.65%, CD, 07/13/12 | B | Interest | | | Redeemed | 07/13/12 | L | A | |
| 58. | Republic Bank, 2.25%, CD, 09/17/12 | B | Interest | | | Redeemed | 09/17/12 | L | A | |
| 59. | Sallie Mae Bank, 3.35%, CD, 05/28/13 | A | Interest | K | T | | | | | |
| 60. | Wachovia IX, 6.375%, pfd. | A | Dividend | | | Redeemed | 06/15/12 | K | C | |
| 61. | Public Storage, Pfd. D | B | Dividend | | | Sold | 11/16/12 | K | C | |
| 62. | First Sentry Bank, 1.8%, C,D 01/22/13 | B | Interest | K | T | | | | | |
| 63. | Amer. Express Centurion Bk., 1.35%, CD, 02/03/12 | A | Interest | | | Redeemed | 02/03/12 | K | A | |
| 64. | Hospitality Prop. Trust, 6.85%, Sr. Note, 07/15/12 | A | Interest | | | Redeemed | 04/11/12 | L | A | |
| 65. | Altria Group Inc., common | B | Dividend | | | Sold | 11/16/12 | K | D | |
| 66. | Regions Financial Corp., 4.875%, Sr. Note, 04/26/13 | B | Interest | K | T | | | | | |
| 67. | Morgan Stanley Med. Term Note, 4.2%, 04/26/13 | C | Interest | M | T | | | | | |
| 68. | Dow Chemical Co., internotes, 3.3%, 09/15/15 | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bennett, Thomas B. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | Dow Chemical co., internotes, 4.1%, 09/15/17 | C | Interest | K | T | | | | | |
| 70. | Morgan Stanley Dean Witt., Sr. Note, 4.0%, 09/22/20 | C | Interest | M | T | | | | | |
| 71. | Nisource, Inc., common | B | Dividend | | | Sold | 11/16/12 | K | C | |
| 72. | American Elec. Power Co., Inc., common | A | Dividend | | | Sold | 11/16/12 | K | B | |
| 73. | Excelon Corp., common | B | Dividend | | | Sold | 11/16/12 | J | A | |
| 74. | Apple Bank for Savings, CD | A | Interest | M | T | Buy | 12/26/12 | M | | |
| 75. | Beal Bank USA, CD | A | Interest | L | T | Buy | 12/26/12 | L | | |
| 76. | Roundy's Inc., common | A | Dividend | | | Buy | 07/12/12 | J | | |
| 77. | | | | | | Buy (add'l) | 07/26/12 | J | | |
| 78. | | | | | | Sold | 11/09/12 | J | A | |
| 79. | Aflac Inc. pfd 5.5% sub Debn., 09/15/52 | A | Dividend | | | Buy | 09/09/12 | K | | |
| 80. | | | | | | Sold | 11/16/12 | K | A | |
| 81. | DNP Select Income Fund | A | Dividend | | | Buy | 09/18/12 | K | | |
| 82. | | | | | | Sold | 11/16/12 | K | A | |
| 83. | CBL & Assoc. Pptys, pfd. E | A | Dividend | | | Buy | 09/27/12 | K | | |
| 84. | | | | | | Sold | 11/16/12 | K | A | |
| 85. | Stanley Black & Decker, pfd., sub debn. 5.75% | A | Dividend | | | Buy | 07/26/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bennett, Thomas B. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold | 11/16/12 | K | A | |
| 87. Everbank, CD | A | Interest | L | T | Buy | 09/20/12 | L | | |
| 88. Bank of China New York, CD | A | Interest | L | T | Buy | 09/20/12 | L | | |
| 89. State Street Corp., pfd. C, 5.25% | A | Dividend | | | Buy | 08/14/12 | K | | |
| 90. | | | | | Sold | 09/27/12 | K | A | |
| 91. BB& T Capt. Tr., pfd. S, 8.95% | A | Dividend | | | Buy | 04/18/12 | K | | |
| 92. | | | | | Redeemed | 07/18/12 | K | A | |
| 93. BB&T Capt. Tr., pfd 9.6% | A | Dividend | | | Buy | 05/22/12 | K | | |
| 94. | | | | | Redeemed | 07/18/12 | K | A | |
| 95. Gen. Elec. Cap. Corp, Internotes, 3.2%, Due 02/15/21 | B | Interest | K | T | Buy | 02/09/12 | L | | |
| 96. Safra Nat'l. Bk. of N.Y., CD 0.4% | A | Interest | K | T | Buy | 02/09/12 | K | | |
| 97. Gen. Elec. Cap. Corp. Internotes, 4.0%, Due 02/15/23 | B | Interest | K | T | Buy | 01/25/12 | L | | |
| 98. Goldman Sachs Group Inc., Med. Term Note, 3.5%, due 02/15/16 | B | Interest | K | T | Buy | 01/25/12 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Note 1 to Part VII, Investments and Trusts: This is a money market account with respect to which there were various deposits and withdrawals. The money market fund investments are not under the control of the owner(s) and/or beneficiary(ies). Also, all deposits and withdrawals are reflected on lines 6 through 38 of Part VII and were composed of dividends, interest, sales proceeds, redemption proceeds, call proceeds, purchases, and distributions to Judge as described on the referenced lines of Part VII.

Note 2 to Part VII, Investments and Trusts. This is a money market account with respect to which there were various deposits and withdrawals. The money market fund investments are not under the control of the owner(s) and/or beneficiary(ies). Also, all deposits and withdrawals are reflected on lines 40 through 98 of Part VII and line 1 of Part III A and were composed of dividends, interest, sale proceeds, redemption proceeds, call proceeds, purchases and distributions to the income beneficiary as described on lines 40 through 45, 47 through 98 of Part VII along with the Trustee payment referenced on line 1 of Part III A and on line 46 of Part VII..

| Name of Person Reporting | Date of Report |
|---|---|
| Bennett, Thomas B. | 05/13/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Thomas B. Bennett**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
Southern Division
1800 5th Avenue North
Room 128
Birmingham, AL 35203
July 25, 2013

*Thomas B. Bennett*                                                      *(205) 714-3880*
*Chief Judge*

Honorable Joseph H. McKinley, Jr., Chair
Judicial Conference of the United States
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C. 20544                          Response to Committee Letter Dated
                                                July 25, 2013–PetroEdge Energy/EQT
                                                <u>Production–2012 Calendar Year Filing</u>

Dear Judge McKinley:

     I am writing in response to your July 25, 2013 letter to me regarding Part VII, page 6, lines 48 and 49 of my 2012 calendar year filing of my financial disclosure. However, the disclosure statement items you question are actually set forth on lines 50 and 51 of my copy of my financial disclosure which has set forth on line 50 "Lease O & G ___ acres, Harrison Cty, WV–PetroEdge Energy" and line 51 "Lease O & G ___ acres, Mannington Dist., WV–EQT Prod."

     Your are correct that these leases were not in my prior year financial disclosure reports. However, the instructions in your letter and the filing instructions are not useful or helpful. In point of fact, they do not cover the type of transaction involved with the leases with PetroEdge Energy and EQT Production. This is due to the fact that both leases were entered into by the Trust in 2012. Thus, they are not leases that were previously owned and exempt from disclosure. Likewise, the leases were not reportable through an exempt transaction such as an inheritance, a marriage, or a gift from a family member, or upon an event which does not constitute a reportable transaction. Likewise and during the reporting period, these leases were not purchased, sold, redeemed, distributed, or otherwise within the terms set forth in Column D(1). All that occurred was that two new leases were entered into by the Trust in 2013 for factional interests in minerals located in West Virginia for which no production of oil or gas has ever occurred. The income information set forth in the respective column B locations on the financial disclosure were received and are accurate.

Hon. Joseph H. McKinley, Jr. Chair
Committee on Financial Disclosure
Washington, D.C. 20544
July 25, 2013

Essentially and as best as I can determine, this is an instance when the form devised does not cover the transactions involved in the manner contemplated for other forms of income generating investments. I trust this response is sufficient for purposes of my 2012 calendar year financial disclosure filing.

Sincerely,

Thomas B. Bennett